# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>DONACIANO ROSALES-MAGANA,<br><br>Defendant. | Case No.: 10CR-00323-LJO-03<br><br>**ORDER GRANTING MOTION TO CONTINUE SENTENCING** |

Having considered Defendant Rosales Magana's first motion to continue the sentencing date presently scheduled for November 14, 2011, at 1:00 p.m. to a date convenient to all parties the Court has read and considered the motion and all other matters presented to the Court, and finds good cause, **HEREBY ORDERS** as follows:

Defendant, Donaciano Rosales-Magana's motion to continue Sentencing from November 14, 2011, to November 28, 2011 at 1:00 p.m. is **GRANTED**.

IT IS SO ORDERED.

Dated: **November 7, 2011**        /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE